In the Matter of EMILY G. REMEY, as Executrix of FRANK L. REMEY, Deceased, Appellant; NEWBURGER, LOEB & COMPANY, Respondent.

(Argued October 24, 1934; decided November 20, 1934.)

*Max Levy* for appellant.

*Osmond K. Fraenkel* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.